UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>GORDON F.B. ONDIS,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF WOONSOCKET, RHODE<br>ISLAND; SUSAN MENARD,<br>in her individual capacity and in her<br>capacity as Mayor of the City of<br>Woonsocket, Rhode Island, et al.<br><br>        Defendants. | Civil Action<br>No. 05-10312 NG<br><br><br><br><br><br>**Filed in Camera Under Seal** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States; and that

6. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This __8__ day of __Feb___, 2006.

_____
NANCY GERTNER
UNITED STATES DISTRICT JUDGE