*Blais & Parent*
*Attorneys at Law*
Cabot Business Park
20 Cabot Boulevard
Mansfield, Massachusetts 02048
(508) 618-1280

E-Mail: LBlais@BlaisParent.com

Leon A. Blais, Esq.

Personal Fax: (617) 812-0459

FILED
IN CLERKS OFFICE
2006 MAR 13 P 2:41
U.S. DISTRICT COURT
DISTRICT OF MASS.

March 10, 2006

Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

       <u>**Re: United States of America, ex rel. Gordon F.B. Ondis v. City of Woonsockete, et al**</u>
                                   <u>**CA 05-10312 NG**</u>

Dear Sir or Madam:

       I am Plaintiff's counsel in the above captioned matter.

       Please adjust the record in the above matter to reflect my new address and firm name:

               Blais Parent and Quinn
               Suite 300
               20 Cabot Boulevard
               Mansfield, MA 02048

       I previously notified the court of this change but suspect that the change was not made regarding this case because it was sealed until recently.

Sincerely,

Leon A. Blais