UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GORDON F.B. ONDIS<br><br>       Plaintiff,<br><br>      v.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island; JOEL D. MATTHEWS, in his individual capacity and his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island; PAULETTE MILLER, in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket, Rhode Island; OWEN T. BEBEAU, in his individual capacity and his capacity as Director of Human Services of the City of Woonsocket, Rhode Island; and MICHAEL ANNARUMMO, in his individual capacity and in his capacity as Director of Public Works of the City of Woonsocket, Rhode Island;<br><br>       Defendants, | Civil Action No. 05-10312-NG |

NOTICE OF APPEARANCE

      Please enter our appearance as legal counsel for Defendants City of Woonsocket, Rhode Island, Susan D. Menard, Joel D. Matthews, Paulette Miller, Owen T. Bebeau and Michael Annarummo, in the above-captioned case. We will serve as co-counsel with Attorney Howard Croll, who will file a separate Notice of Appearance.

Respectfully submitted,


/s/_Michael B. Galvin_____
Thomas E. Dwyer, Jr. (BBO No. 139660)
Michael B. Galvin (BBO No. 630515)
Dwyer & Collora LLP
600 Atlantic Avenue
Boston, Massachusetts 02210-2211
(617) 371-1000
Fax: (617) 371-1037

Dated: April 12, 2006


CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 12, 2006.


/s/ Michael B. Galvin_____