UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GORDON F.B. ONDIS<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island; JOEL D. MATTHEWS, in his individual capacity and his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island; PAULETTE MILLER, in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket, Rhode Island; OWEN T. BEBEAU, in his individual capacity and his capacity as Director of Human Services of the City of Woonsocket, Rhode Island; and MICHAEL ANNARUMMO, in his individual capacity and in his capacity as Director of Public Works of the City of Woonsocket, Rhode Island;<br><br>      Defendants, | Civil Action No. 05-10312-NG |

DEFENDANTS' MOTION TO ENLARGE TIME

      Defendants City of Woonsocket, Rhode Island, Susan D. Menard, Joel D. Matthews, Paulette Miller, Owen T. Bebeau and Michael Annarummo (collectively referred to as the "Woonsocket Defendants") move to enlarge the time to file an answer or other responsive pleading to the complaint by thirty days to and including May 19, 2006 for the following reasons:

      1.      Within the last two weeks, Plaintiff – the United States, by and through Gordon F.B. Ondis, a private *qui tam* relator and Woonsocket real estate developer– served the

Woonsocket Defendants with a voluminous sixty-five (65) page, one-hundred fifty-three (153) paragraph complaint. The lengthy complaint alleges a vast and elaborate conspiracy over an eleven-year time-period, when the Woonsocket Defendants' allegedly submitted false claims to the United States Department of Housing and Urban Development ("HUD") in order to obtain federal funds under various federal programs. Based on that alleged conduct, Plaintiff seeks in excess of $30,000,000.00 in damages and penalties for the United States and himself, additional penalties of up to $10,000 for each alleged false claim, and costs and attorneys' fees.

2.    The Complaint appears to have been originally filed under seal on February 16, 2005. Over eleven months later, on January 18, 2006, the United States, through the United States Attorney's Office, declined to intervene. *See* Docket No. 9.

3.    Undersigned counsel for the Defendants were just recently retained in connection with this matter. They need additional time to investigate the numerous allegations made in the complaint, and to prepare an appropriate response to it.

4.    Co-counsel for the Woonsocket Defendants asked counsel for Relator Ondis to assent to this request. He refused to do so.

For each of these reasons, Woonsocket Defendants move to enlarge the time to file an answer or other responsive pleading to the complaint by thirty days to and including May 19, 2006.

Respectfully submitted,
CITY OF WOONSOCKET, RHODE ISLAND;
SUSAN D. MENARD, JOEL D. MATTHEWS,
PAULETTE MILLER, OWEN T. BEBEAU,
MICHAEL ANNARUMMO
By their attorneys,

/s/ Michael B. Galvin
_____
Thomas E. Dwyer, Jr. (BBO No. 139660)
Michael B. Galvin (BBO No. 630515)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, Massachusetts  02210-2211
Tel: 617-371-1000
Fax 617-371-1037

DATED:  April 12, 2006

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that prior to April 12, 2006, co-counsel in this case, Howard Croll, Esq., spoke with counsel for the plaintiff, Leon A. Blais, Esq., who informed Attorney Croll that he would not assent to the Defendants' request to enlarge time.

/s/ Michael B. Galvin
_____

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 12, 2006.

/s/ Michael B. Galvin
_____