# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil No.   05cv10312

Title:   USA, et al v. City of Woonsocket Rhode Island, et al

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge  Nancy Gertner  has been reassigned to Chief Judge  Mark L. Wolf  for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials MLW.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ JENNIFER FILO
Deputy Clerk

Date:  4/20/2006

(Notice of LR40.1 Reassign.wpd - 3/7/2005)