UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, ex rel.<br>Gordon F.B. Ondis<br><br>        Plaintiff,<br>   v.<br><br>CITY OF WOONSOCKET, RHODE ISLAND;<br>SUSAN D. MENARD, in her individual capacity and<br>in her capacity as mayor of the City of Woonsocket,<br>Rhode Island; JOEL D. MATTHEWS; in his individual<br>capacity and in his capacity as Director of Planning and<br>Community Development of the City of Woonsocket,<br>Rhode Island; PAULETTE MILLER, in her individual<br>capacity and in her capacity as Assistant Director of<br>Planning and community Development of the City<br>of Woonsocket, Rhode Island; OWEN T. BEBEAU,<br>in his individual capacity and in his capacity as Director<br>of Human Services of the City Woonsocket, Rhode<br>Island; and MICHAEL ANNARUMO, in his individual<br>capacity and in  his as Director of Public Works of the<br>City of Woonsocket, Rhode Island;<br><br>        Defendants, | Civil Action No. 05-10312-NG |

## NOTICE OF APPEARANCE

   Please enter my appearance as legal counsel for the Defendant, SUSAN D. MENARD, in her individual capacity.

                                        Respectfully submitted,

                                        /s/ Howard R. Croll
                                        HOWARD R. CROLL (BBO #105830)
                                        FONTAINE & CROLL, LTD.
                                        34 Hamlet Avenue
                                        Woonsocket, RI 02895
                                        (401) 765-0200
                                        Fax (401) 765-6357

Dated April 28, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2006.

/s/ Howard R. Croll