AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

~~UNITED STATES DISTRICT COURT~~    District of

N CLERKS OFFICE
MASSACHUSETTS

2006 APR 10 P 12: 47

UNITED STATES OF AMERICA,
*ex. rel.* GORDON F.B. ODNIS

V.

CITY OF WOONSOCKET, RHODE ISLAND;
SUSAN D. MENARD, in her individual capacity
and in her capacity as Mayor of the City of Woonsocket,
Rhode Island; JOEL D. MATHEWS, in his individual
capacity and in his capacity as Director of Planning
and Development of the City of
Woonsocket, Rhode Island; *et al.*

SUMMONS IN A CIVIL CASE
DISTRICT OF MASS

CASE NUMBER:

# 05 CA 103⁴.2

TO: (Name and address of Defendant)

Michael Annarummo
City Hall, City of Woonsocket
169 Main Street
Woonsocket, RI 02895

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Attorney Leon A. Blais
Blais, Parent & Quinn
20 Cabot Boulevard, Suite 300
Mansfield, MA 02048

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

SARAH A. THORNTON

**MAR 2 1 2006**

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  3/30/06 |
| NAME OF SERVER *(PRINT)*  William Blais | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Andrea Mathews*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/30/06
            *Date*

_____
*Signature of Server*

14 oakwood Ave Lincoln, RI 02865
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.