UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GORDON F.B. ONDIS<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island; JOEL D. MATTHEWS, in his individual capacity and his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island; PAULETTE MILLER, in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket, Rhode Island; OWEN T. BEBEAU, in his individual capacity and his capacity as Director of Human Services of the City of Woonsocket, Rhode Island; and MICHAEL ANNARUMMO, in his individual capacity and in his capacity as Director of Public Works of the City of Woonsocket, Rhode Island;<br><br>         Defendants, | Civil Action No. 05-10312-MLW |

NOTICE OF APPEARANCE

    Please enter my appearance as additional counsel for Defendants in the above-captioned matter.

                                                                Respectfully submitted,

                                                                /s/  Justin P. O'Brien
                                                                Justin P. O'Brien (BBO No. 658765)
                                                                **DWYER & COLLORA, LLP**
                                                                600 Atlantic Ave.
                                                                Boston, MA 02210-2211
                                                                (617) 371-1000
                                                                jobrien@dwyercollora.com

Dated:  May 19, 2006

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on May 19, 2006.

                                                 /s/  Justin P. O'Brien