UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* GORDON F.B. ONDIS,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island; JOEL D. MATHEWS, in his individual capacity and in his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island; PAULETTE MILLER, in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket; OWEN T. BEBEAU, in his individual capacity and in his capacity as Director of Human Services of the City of Woonsocket, Rhode Island; MICHAEL ANNARUMMO, in his individual capacity and in his capacity as Director of Administration and Director of Public Works of the City of Woonsocket, Rhode Island;<br>　　　　　　Defendants. | CIVIL NO. 05-10312-MLW |

**AFFIDAVIT OF JOEL D. MATHEWS
<u>IN SUPPORT OF MOTION TO DISMISS</u>**

I, Joel D. Mathews, hereby state as follows:

1.　　I have been named as a Defendant in the above-captioned law suit.

2.　　I am currently employed by the City of Woonsocket, Rhode Island (the "City") as the Director of Planning and Development. I have held this job for over twenty-two years.

3.　　I currently reside in the City.

SIGNED UNDER THE PENALTIES OF PERJURY, this 19th day of May, 2006.

_____
Joel D. Mathews

61920_1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail-hand~~ on 5/19/06
email