UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* GORDON F.B. ONDIS,<br>    Plaintiff,<br><br>    v.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island; JOEL D. MATHEWS, in his individual capacity and in his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island; PAULETTE MILLER, in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket; OWEN T. BEBEAU, in his individual capacity and in his capacity as Director of Human Services of the City of Woonsocket, Rhode Island; MICHAEL ANNARUMMO, in his individual capacity and in his capacity as Director of Administration and Director of Public Works of the City of Woonsocket, Rhode Island;<br>    Defendants. | CIVIL NO. 05-10312-MLW |

## AFFIDAVIT OF MICHAEL ANNARUMMO
## IN SUPPORT OF MOTION TO DISMISS

I, Michael Annarummo, hereby state as follows:

1.   I am a Defendant in the above-captioned case.

2.   I am currently employed by the City of Woonsocket, Rhode Island (the "City") as the Director of Administration and Director of Public Works. I have served in that capacity for over ten years.

3.  I currently reside in North Kingstown, Rhode Island.

SIGNED UNDER THE PENALTIES OF PERJURY, this 18th day of May, 2006.

_____
Michael Annarummo

61923_1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 05/19/06
e-mail