UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* GORDON F.B. ONDIS<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island; JOEL D. MATHEWS, in his individual capacity and in his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island; PAULETTE MILLER, in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket, Rhode Island; OWEN T. BEBEAU, in his individual capacity and in his capacity as Director of Human Services of the City of Woonsocket, Rhode Island; and MICHAEL ANNARUMMO, in his individual capacity and in his capacity as Director of Administration and Director of Public Works of the City of Woonsocket, Rhode Island;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL NO. 05-10312-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### RELATOR'S OBJECTION TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Relator herewith makes his objection to Defendants' Motion for Leave to File Reply Memorandum.

1

In support of such objection Relator states that the issues raised by Defendants in their Motion to Dismiss and accompanying Memorandum of Law have been fully briefed by the parties. Moreover, all parties have requested oral argument. Any outstanding matters may be addressed at that time if the Court allows such argument.

However, if the Court grants Defendants' motion Relator requests leave to file a sur-reply after the same twenty (20) day period enjoyed by Defendants to prepare their Reply. Such request is embodied in a separate motion filed concurrently herewith.

Respectfully Submitted,

**Government of the United States** *ex rel.* **Gordon F.B. Ondis**

BY HIS ATTORNEY

/s/ Leon A. Blais

_____

Leon A. Blais  (BBO#652595)

BLAIS PARENT & QUINN
20 Cabot Blvd
Suite 300
Mansfield, MA 02048
508 618-1280
617 812-0459 fax
LBlais@BlaisParent.com

## Certificate of Service

The undersigned counsel hereby certifies that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.   All counsel of records are such registered participants.

Dated:  June 23, 2006                              /s/ Leon A. Blais