UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* GORDON F.B. ONDIS <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island; JOEL D. MATHEWS, in his individual capacity and in his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island; PAULETTE MILLER, in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket, Rhode Island; OWEN T. BEBEAU, in his individual capacity and in his capacity as Director of Human Services of the City of Woonsocket, Rhode Island; and MICHAEL ANNARUMMO, in his individual capacity and in his capacity as Director of Administration and Director of Public Works of the City of Woonsocket, Rhode Island; <br><br> Defendants. | CIVIL NO. 05-10312-MLW |

## RELATOR'S CONDITIONAL MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM

Relator herewith makes request for leave of Court to file a sur-reply if Defendants' motion to file a reply memorandum is granted.

1

As reason therefore, Relator asserts that fairness and equity require that Relator be given an opportunity to address any argument contained in the reply memorandum of Defendants.

Relator seeks twenty (20) days from the allowance of this motion to file such sur-reply.  This is the same time taken by Defendants to prepare and file their reply memorandum from the date of filing of Relator's objection to motion to dismiss.

Respectfully Submitted,

**Government of the United States** *ex rel.* **Gordon F.B. Ondis**

BY HIS ATTORNEY

/s/ Leon A. Blais
_____
Leon A. Blais  (BBO#652595)

BLAIS PARENT & QUINN
20 Cabot Blvd
Suite 300
Mansfield, MA 02048
508 618-1280
617 812-0459 fax
LBlais@BlaisParent.com

**Certificate of Service**

The undersigned counsel hereby certifies that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.   All counsel of records are such registered participants.

Dated:  June 23, 2006                            /s/ Leon A. Blais

2