UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* GORDON F.B. ONDIS,<br>        Plaintiff,<br><br>        v.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island; JOEL D. MATHEWS, in his individual capacity and in his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island; PAULETTE MILLER, in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket; OWEN T. BEBEAU, in his individual capacity and in his capacity as Director of Human Services of the City of Woonsocket, Rhode Island; MICHAEL ANNARUMMO, in his individual capacity and in his capacity as Director of Administration and Director of Public Works of the City of Woonsocket, Rhode Island;<br>        Defendants. | CIVIL NO. 05-10312-MLW |

## JOINT STATEMENT OF PARTIES
## UNDER LOCAL RULE 16.1(D)

The Parties hereby submit, pursuant to Local Rule 16.1(D) and the Notice of Scheduling Conference dated December 18, 2006, this Joint Statement:

I. **Discovery and Motion Schedule**

The parties propose the following dates for discovery and dispositive motions:

| | |
|---|---|
| 14-days after ruling on motion to dismiss | Automatic discovery under Fed. R. Civ. P. 26(a) |
| Sixty days after ruling on motion to dismiss | Responses to document requests and interrogatories completed, except requests or interrogatories made in response to subsequently received discovery |
| Ninety days after deadline immediately above | Fact depositions and any additional fact discovery concluded |
| Thirty days after deadline immediately above | Designation of expert witnesses and disclosures pursuant to Fed. R. Civ. P. 26(a)(2) |
| Fifteen days after deadline immediately above | Counter-designation of expert witnesses and disclosures pursuant to Fed. R. Civ. P. 26(a)(2) |
| Thirty days after deadline immediately above | Depositions of experts concluded |
| Thirty days after deadline Immediately above | Summary judgment motions filed |

II. **Certifications**

Certifications of each counsel and party that each party and counsel have conferred concerning matters of budget, cost and alternative dispute resolution programs in accordance with Rule 16.4 are being filed by each party separately.

Respectfully submitted,

**CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD; JOEL D. MATHEWS; PAULETTE MILLER; OWEN T. BEBEAU; and MICHAEL ANNARUMMO**

By their Attorneys,

/s/ Michael B. Galvin
Thomas E. Dwyer (BBO No. 139660)
Michael B. Galvin (BBO No. 630515)
Justin P. O'Brien (BBO No. 658765)
**DWYER & COLLORA, LLP**
600 Atlantic Ave.
Boston, MA 02210-2211
(617) 371-1000
mgalvin@dwyercollora.com

**Government of the United States** *ex rel.* **Gordon F.B. Ondis**
By His Attorney,

/s/ Leon A. Blais
Leon A. Blais (BBO No. 652595)
**BLAIS PARENT & QUINN**
20 Cabot Blvd., Suite 300
Mansfield, MA  02048
(508) 618-1280
LBlais@BlaisParent.com

**SUSAN D. MENARD, in her individual capacity,**
By her Attorney,

/s/ Howard R. Croll
Howard R. Croll (BBO No. 105380)
**FONTAINE & CROLL, LTD.**
34 Hamlet Avenue
Woonsocket, RI  02895
(401) 765-0200

Dated:  January 24, 2007

## CERTIFICATE OF SERVICE

     The undersigned counsel hereby certifies that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on January 24, 2007.

                                                                         /s/ Michael B. Galvin

Dated: January 24, 2007

74592_1