UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* GORDON F.B. ONDIS<br><br>               Plaintiff,<br><br>               vs.<br><br>CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island; JOEL D. MATHEWS, in his individual capacity and in his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island; PAULETTE MILLER, in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket, Rhode Island; OWEN T. BEBEAU, in his individual capacity and in his capacity as Director of Human Services of the City of Woonsocket, Rhode Island; and MICHAEL ANNARUMMO, in his individual capacity and in his capacity as Director of Administration and Director of Public Works of the City of Woonsocket, Rhode Island;<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL NO. 05-10312-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF RELATOR AND COUNSEL PURSUANT TO LOCAL RULE 16.1(D)(3)

Relator and Counsel herewith certify that:

1

1. they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation, and

2. they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

**Government of the United States**
*ex rel.* **Gordon F.B. Ondis**

BY HIS ATTORNEY

/s/ Leon A. Blais

Leon A. Blais (BBO#652595)

BLAIS & PARENT
20 Cabot Blvd
Suite 300
Mansfield, MA 02048
508 618-1280
617 812-0459 fax
LBlais@BlaisParent.com

Gordon F.B. Ondis
Relator

2

### Certificate of Service

The undersigned counsel hereby certifies that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. All counsel of record are such registered participants.

Dated: January 24, 2007

/s/
_____
Leon Blais