UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GORDON F.B. ONDIS, Plaintiff, <br><br> v. <br><br> CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD, in her individual capacity and in her capacity as Mayor of the City of Woonsocket, Rhode Island; JOEL D. MATHEWS, in his individual capacity and in his capacity as Director of Planning and Community Development of the City of Woonsocket, Rhode Island; PAULETTE MILLER, in her individual capacity and in her capacity as Assistant Director of Planning and Community Development of the City of Woonsocket; OWEN T. BEBEAU, in his individual capacity and in his capacity as Director of Human Services of the City of Woonsocket, Rhode Island; MICHAEL ANNARUMMO, in his individual capacity and in his capacity as Director of Administration and Director of Public Works of the City of Woonsocket, Rhode Island; Defendants. | CIVIL NO. 05-10312-MLW |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(d)(3), Defendants City of Woonsocket, Rhode Island, Susan D. Menard, Joseph D. Mathews, Paulette Miller, Owen T. Bebeau and Michael Annarummo and their counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution

programs such as those outlined in Local Rule 16.4. At the current time, it is the Defendants' desire to proceed with a jury trial.

| | |
|---|---|
| **CITY OF WOONSOCKET, RHODE ISLAND; SUSAN D. MENARD; JOEL D. MATHEWS; PAULETTE MILLER; OWEN T. BEBEAU; and MICHAEL ANNARUMMO**<br><br>By their Attorneys,<br><br>/s/ Michael B. Galvin<br>Thomas E. Dwyer (BBO No. 139660)<br>Michael B. Galvin (BBO No. 630515)<br>Justin P. O'Brien (BBO No. 658765)<br>**DWYER & COLLORA, LLP**<br>600 Atlantic Ave.<br>Boston, MA 02210-2211<br>(617) 371-1000<br>mgalvin@dwyercollora.com<br><br>Dated: January 26, 2007 | **CITY OF WOONSOCKET**<br>**By its Authorized Representative**<br><br>_____<br>Susan D. Menard<br><br>_____<br>Susan D. Menard<br>**In her individual capacity,**<br><br>_____<br>Joel D. Mathews<br><br>_____<br>Paulette Miller<br><br>_____<br>Owen T. Bebeau<br><br>_____<br>Michael Annarummo |

## CERTIFICATE OF SERVICE

      I, Michael B. Galvin, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on January 30, 2007.

                                          /s/ Michael B. Galvin