UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10312

| Gordon Ondis | City of Woonsocket et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Leon Blais | Michael Galvin |
|  | Thomas Dwyer |
|  | Justin O'Brien |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing/Scheduling Conference |
|---|---|
| 1/31/07 | Court gives its tentative views to the parties regarding the defendants motion to dismiss. Counts III and IV with the agreement of the relator are dismissed. Court listens to oral arguments from the parties on the remaining counts. Court takes a brief recess. Court is not n a position to decide the motion in its entirety. Court dismiss claims against the defendants in their individual capacities, may be without prejudice to the plaintiff amending the complaint. Court is not authorizing the filing of an amended complaint at this juncture. Court also dismisses count II as there are no individual defendants. Court continues to be concerned as to whether it has subject matter jurisdiction. Court gives the parties until 2/9/07 to report whether Mass or RI should decide whether there is subject matter jurisdiction. Written order to issue. Plaintiff seeks to make an offer of proof. Court instructs plaintiff to file an affidavit. Parties also instructed to file a memo by 2/7/07 stating what standard the court should use in determining jurisdiction. |