



**OFFICE OF THE CLERK**
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

RECEIVED

MAY 02 2007



TO:

U.S.D C - District of Rhode Island

One Exchange Terrace

Providence, Rhode Island 02903-1779

RE:

CIVIL ACTION #: 05-cv-10312-MLW

CRIMINAL #:

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on March 28, 2007 by the Honorable Chief Mark L. Wolf.

The following documents are included in our file and transmitted herewith:

( x )   Certified copy of the docket entries;

( x )   Certified copy of the transferral order;

( x )   Original documents numbered 1-48 (Original and Electronic Documents)

(  )   _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:  4/27/07       By: _Kathleen Boyce_
                         Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on  5.2.07  and assigned the following case number: CA 07-150T

By: _____
    Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)